THRASH LAW FIRM, P.A.
  Thomas P. Thrash
   *tomthrash@sbcglobal.net*
  Marcus N. Bozeman
   *bozemanmarcus@sbcglobal.net*
1101 Garland Street
Little Rock, AR 72201
Telephone: 501-374-1058
Facsimile: 501-374-2222
Attorneys for Plaintiff Janet Machin
and class

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF ARKANSAS

# LITTLE ROCK

| | |
|---|---|
| Janet Machin on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BUMBLE BEE FOODS LLC, TRI-UNION SEAFOODS LLC, and STARKIST COMPANY,<br><br>Defendants. | Case No. 15-CV-00545-KGB<br><br>**JOINT MOTION TO EXTEND DEFENDANTS' TIME TO ANSWER, MOVE, OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT** |

Defendants Tri-Union Seafoods LLC, Bumble Bee Foods, LLC, and StarKist Co. (collectively, "Defendants"), together with Plaintiff Janet Machin (and together with Defendants, the "Parties"), stipulate to an extension of time for Defendants to move to dismiss, answer or otherwise respond to the complaint in the above-captioned action (the "Complaint").

WHEREAS, Plaintiff filed its Complaint on August 31, 2015 and served all Defendants except Tri-Union Seafoods LLC on September 8, 2015;

WHEREAS, defendant Tri-Union Seafoods LLC has agreed to waive service of the Complaint as of September 8, 2015;

1     WHEREAS, absent an extension of time, Defendants are due to answer, move, or otherwise respond to the Complaint by September 29, 2015;

3     WHEREAS, to date, 34 civil actions alleging antitrust violations in connection with the sale of packaged seafood products have been filed in federal district courts throughout the United States, including this action (the "Related Actions");

7     WHEREAS, a motion was filed before the United States Judicial Panel on Multidistrict Litigation ("JPML"), on August 28, 2015, seeking to transfer and centralize the Related Actions in a single federal district court ("Motion");

10     WHEREAS, responses to the Motion were due September 29, 2015, and the JPML has not yet set the Motion for hearing;

12     WHEREAS, to economize both judicial and Party resources pending the JPML's decision on the Motion, the Parties believe and agree that Defendants' time to move to dismiss, answer, or otherwise respond to Plaintiffs' Complaint should be extended until after the JPML has ruled on the pending Motion, it has been determined which court will preside over the Related Actions, and any consolidated amended complaint has been filed;

18     ACCORDINGLY, the undersigned Parties, through their respective counsel of record, hereby move as follows:

20     1.     If the JPML transfers all Related Actions to a single district for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407, the Defendants shall answer, move or otherwise respond to the then-operative complaint no later than 60 days after: (a) service of a consolidated amended complaint <u>on behalf of end-payor indirect purchasers</u>, or (b) service of written notice that plaintiffs will not file a consolidated amended complaint <u>on behalf of end-payor indirect purchasers</u>.

27     2.     If the JPML does not transfer all Related Actions to a single district, Defendants shall answer, move, or otherwise respond to the then-operative

complaint no later than 60 days after service of the JPML ruling.

3. The Parties further contend and agree that no defense is prejudiced or waived by its submission of this Joint Motion.

4. The parties agree that if Defendants answer, move or otherwise respond to a complaint filed in any other action alleging anticompetitive conduct concerning the marketing, sale, or distribution of packaged seafood products within Defendants' time to answer, move, or otherwise respond to Plaintiff's Complaint, Defendants will answer, move or otherwise respond to Plaintiff's Complaint on the same day.

5. Defendant Tri-Union Seafoods LLC hereby waives service, as of September 8, 2015, of the Summons and Complaint filed by Plaintiff on August 31, 2015 in this matter.

Dated: Sept. 29, 2015

*s/ Thomas Thrash*

Thomas P. Thrash
Marcus N. Bozeman
THRASH LAW FIRM, P.A.
1101 Garland Street
Little Rock, AR 72201
Telephone: 501-374-1058
Facsimile: 501-374-2222
Attorneys for Plaintiff Janet Machin and class

Email: tomthrash@sbcglobal.net
Email: bozemanmarcus@sbcglobal.net

*Counsel for Plaintiff and the Class*

Dated: Sept. 29, 2015

*s/ John Roberti*

John Roberti
John Terzaken
ALLEN & OVERY LLP
1101 New York Avenue, NW
Washington, D.C. 20005
Telephone: 202-683-3800
Facsimile: 202-683-3999
Email: john.roberti@allenovery.com
Email: john.terzaken@allenovery.com

*Counsel for Defendant Tri-Union Seafoods LLC*

Dated: Sept. 29, 2015

*s/ Belinda S Lee*
Belinda S Lee
Daniel M. Wall
Ashley M. Bauer
LATHAM & WATKINS LLP
505 Montgomery Street
Suite 2000
San Francisco, CA 94111
Telephone: 415-391-0600
Facsimile: 415-395-8095
Email: dan.wall@lw.com
Email: belinda.lee@lw.com
Email: ashley.bauer@lw.com

*Counsel for Defendant StarKist Co.*

Dated: Sept. 29, 2015

*s/ Edward D. Hassi*

Edward D. Hassi
Julia A. Schiller
O'MELVENY & MYERS LLP
1625 Eye Street, NW
Washington, DC 20006
Telephone: 202-383-5336
Facsimile: 202-383-5414
Email: ehassi@omm.com
Email: jschiller@omm.com

*Counsel for Defendant Bumble Bee Foods LLC*

# CERTIFICATE OF SERVICE

Pursuant to 28 U.S.C. § 1746, I hereby certify that on the 29th day of September 2015, I filed the foregoing notice with the Clerk of the Court for the using the Court's CM/ECF system, which will send notifications of such filing to all counsel of record.

Pursuant to 28 U.S.C. § 1746, I certify that I have caused to be served the following document described as:

**JOINT MOTION TO EXTEND DEFENDANTS' TIME TO ANSWER, MOVE, OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**

by serving a true copy of the above-described document via electronic mail to the following parties who have consented in writing to such form of service:

John Roberti
John Terzaken
ALLEN & OVERY LLP
1101 New York Avenue, NW
Washington, D.C. 20005
Telephone: 202-683-3800
Facsimile: 202-683-3999
Email: john.roberti@allenovery.com
Email: john.terzaken@allenovery.com

*Counsel for Defendant Tri-Union Seafoods LLC*

Edward D. Hassi
Julia A. Schiller
O'MELVENY & MYERS LLP
1625 Eye Street, NW
Washington, DC 20006
Telephone: 202-383-5336
Facsimile: 202-383-5414
Email: ehassi@omm.com
Email: jschiller@omm.com

*Counsel for Defendant Bumble Bee Foods LLC*

Daniel M. Wall
Belinda S Lee
Ashley M. Bauer
LATHAM & WATKINS LLP
505 Montgomery Street
Suite 2000

| | |
|---|---|
| 1 | San Francisco, CA 94111 |
| | Telephone: 415-391-0600 |
| 2 | Facsimile: 415-395-8095 |
| | Email: dan.wall@lw.com |
| 3 | Email: belinda.lee@lw.com |
| | Email: ashley.bauer@lw.com |
| 4 | |
| | *Counsel for Defendant StarKist Co.* |
| 5 | |

By:  *s/ Thomas Thrash*
     Thomas P. Thrash
     Counsel for Plaintiff and Class
     Email: tomthrash@sbcglobal.net